USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/27/2021__

# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
### Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

April 26, 2021

Via ECF
Hon Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: 4/27/2021    /s/ Stewart D. Aaron

Re:   Anthony v. Saul
      1:20 Civ. 5124 (SDA)

Dear Judge Aaron:

    I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers were due to be filed tomorrow, April 27, 2021. This is plaintiff's first request for an extension of time.

    I seek additional time to complete Ms. Anthony's papers on account of an unusually busy workload over the past month. I am also having trouble completing Ms. Anthony's papers and this is in part due to the unusually length administrative record (1,339 pages). With the kind consent of opposing counsel, Elizabeth Kim, I respectfully request that the Court endorse the following revised schedule:

| | |
|---|---|
| May 26, 2021 | Plaintiff's Motion for Judgment on the pleadings |
| July 26, 2021 | Defendant's Opposition/Cross-Motion |
| August 16, 2021 | Plaintiff's Reply |
| September 7, 2021 | Defendant's Reply |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:   AUSA Elizabeth Kim