# CHRISTOPHER J. BOWES, ESQ.

54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

Via ECF
Hon Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: May 26, 2021

Re:   Anthony v. Saul
      1:20 Civ. 5124 (SDA)

Dear Judge Aaron:

    I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers are due to be filed tomorrow, May 26, 2021. This is plaintiff's second request for an extension of time.

    Unfortunately, I am well-behind schedule in completing plaintiff's papers due to an abnormally busy work schedule due to several cases that have taken far longer than anticipated coupled with the length of this administrative record. With the kind consent of opposing counsel, Elizabeth Kim, I respectfully request that the Court endorse the following revised schedule:

| | |
|---|---|
| June 9, 2021 | Plaintiff's Motion for Judgment on the pleadings |
| August 9, 2021 | Defendant's Opposition/Cross-Motion |
| August 30, 2021 | Plaintiff's Reply |
| September 20, 2021 | Defendant's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:   AUSA Elizabeth Kim