```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRACY ANTHONY,

                    Plaintiff,              20 **CIVIL** 5124 (SDA)

     -v-                                 **JUDGMENT**

KILOLO KIJAKAZI,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 10, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          August 10, 2021

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                                   BY:         *K. Mango*
                                                                **Deputy Clerk**